Omar ALMOBARAK *v.* STATE of Arkansas

724 S.W.2d 180

Supreme Court of Arkansas
Opinion delivered February 23, 1987

*D. Scott Hickam*, for appellant.

No objection.

PER CURIAM. Petitioner, Omar Almobarak, by his attorney, D. Scott Hickam, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to his miscalculation of the ninety-day limit for filing the record in this court. *See* Ark. R. App. P. 5(a).

We find that such error, admittedly made by the attorney for a criminal defendant, a good cause to grant the motion. *See* per curiam dated February 5, 1979, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979).